UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:14-CV-24607-KMM

**RENE MESA**

   **Plaintiff**

-vs-

**CONTINENTAL SERVICE GROUP, INC.
DOING BUSINESS AS CONSERVE-ARM,
MARK E. DAVITT, an individual;
RICHARD KLEIN, an individual; PAMELA
D BAIRD, an individual;**



   **Defendants**

_____/

### NOTICE OF PENDING SETTLEMENT

   Comes now the RENE MESA (herein "Plaintiff") and files this NOTICE OF PENDING SETTLEMENT" stating as follows:

   NOTICE IS HEREBY PROVIDED that the parties are in engaged in settlement talks and believes that the instant matter can be resolved to both parties' satisfaction.

   Upon completion of the settlement, Plaintiff will file a dismissal or alternatively a status report apprising the Court of the status of the settlement.

   The Plaintiff further respectfully requests that the Court stay or postpone any pending deadlines imposed by Order or Rule, and requests an additional 3-day time period to settle the instant case.

Respectfully submitted,



Dated: February 4, 2015

_____
RENE MESA
7014 NW 169 ST
MIAMI, FL 33015
(305) 744-6134

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original was filed with the Court and a copy of the foregoing was furnished by United States Mail, postage prepaid and properly addressed this February 4, 2015 to:

Robert S. Leni, Esq.
Staff Attorney- Compliance
**ConServe**
P: 585-421-1000, ext. 5558
F: 585-421-1054
Email: rleni@conserve-arm.comC
CROSSKEYS OFFICE PARK
FAIRPORT, NEW YORK 14450